No. 521. Kansas City Public Service Co. v. Ranson, Collector of Revenue. Argued March 18, 21, 1932. Decided March 28, 1932. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Glenn* v. *Doyal, ante*, p. 526; *Moffitt* v. *Kelly*, 218 U. S. 400, 404, 405; *Nickel* v. *Cole*, 256 U. S. 222, 226; *Castillo* v. *McConnico*, 168 U. S. 674, 683; *Lombard* v. *West Chicago Park Comm'rs*, 181 U. S. 33, 42, 43; *Rawlins* v. *Georgia*, 201 U. S. 638, 639, 640; *Hebert* v. *Louisiana*, 272 U. S. 312,

316, 317. *Mr. Powell C. Groner*, with whom *Messrs. Robert W. Otto* and *Henry N. Ess* were on the brief, for appellant. *Messrs. Henry L. McCune* and *E. H. Wright* were on the brief for appellee.